Robert Thompson LAND, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43394.

Missouri Court of Appeals,
Western District.

Jan. 8, 1991.

Brad B. Baker, Columbia, for appellant.

Barbara J. Wood, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of Rule 24.035 postconviction motion for untimely filing.

Dismissal affirmed. Rule 84.16(b).